ACCEPTED
14-15-00259-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
12/7/2015 3:35:09 PM
CHRISTOPHER PRINE
CLERK

**Cause No. 14-15-00259-CR**

IN THE COURT OF APPEALS
FOR THE
FOURTEENTH JUDICIAL DISTRICT OF TEXAS
AT HOUSTON

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
12/7/2015 3:35:09 PM
CHRISTOPHER A. PRINE
Clerk

**JORDAN NICHOLS,**
**Appellant**

**v.**

**THE STATE OF TEXAS,**
**Appellee.**

Appeal from Cause No. 194143
In the County Court at Law No. 3 of
Brazoria County, Texas

**APPELLANT'S MOTION FOR EXTENSION OF TIME
TO FILE REPLY BRIEF**

**TO THE HONORABLE JUSTICES OF THE FOURTEENTH
DISTRICT COURT OF APPEALS**:

Appellant, **JORDAN NICHOLS**, by and through his Counsel of Record,

**CARMEN ROE**, files this Appellant's Motion for Extension of Time to File Reply

Brief and in support shows this Court the following:

## I.

Appellant was convicted in County Court at Law No. 3 of Brazoria County, Texas, in Cause No. 194143, for the offense of possession of drug paraphernalia. Punishment was assessed at a five hundred dollar ($500.00) fine. A writ of habeas corpus was filed and subsequently denied by the Court on February 27, 2015.

## II.

Appellant's Brief was filed September 18, 2015 and the State's Brief was filed November 7, 2015. Appellant's Reply Brief is currently due on December 7, 2105.

## III.

Appellant requests an extension of thirty (30) days until January 6, 2016 to file its brief. Counsel requests the additional time to file its brief because the following briefs are due in the next thirty (30) days: *State v. Mashood Uddin, State v. Andreas Marcopoulos, State v. Derek Johnson,* and *State v. Fernando Razo*. For these reasons, Counsel has been unable to submit Appellant's Reply Brief on the due date and hereby requests an extension of time.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Honorable Court extend the time for filing Appellant's Reply Brief in this cause until January 6, 2016.

**RESPECTFULLY SUBMITTED,**

*/s/ Carmen Roe*

**CARMEN ROE**
**CARMEN ROE | LAW FIRM**
SBN: 24048773
440 Louisiana, Suite 900
Houston, Texas 77002
713.236.7755 Phone
713.236.7756 Fax
carmen@carmenroe.com
**ATTORNEY FOR APPELLANT**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was served to the Brazoria County District Attorney, Appellate Division, 111 East Locust Street, Room 206A, Angleton, Texas 77515, on December 7, 2015.

*/s/ Carmen Roe*

**CARMEN ROE**